**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TWO GENERAL ELECTRIC AIRCRAFT ENGINES, WITH ENGINE SERIAL NUMBERS 695244 AND 705112, AND ALL RECORDS PERTAINING THERETO**<br>**Defendants.** | ) | **Civil Action No. 14-CV-2213 (GK)** |

**ORDER**

Upon consideration of the Government's Motion for Order To Show Cause Why Claimant Should Not Be Held in Contempt for Refusal To Comply with Court Order, it is hereby

***ORDERED***, that Claimant Evans Meridians, Ltd. ("Evans") appear before this Court at 2 ~~a.m.~~ / p.m., on August 15, 2016, to show cause why Evans should not be held in contempt for its refusal to comply with this Court's January 27, 2016 Unopposed Order To Repatriate the Defendant Properties;

***IT IS FURTHER ORDERED***, that Evans' director, Jonathan Betito, or another representative with authority to direct the affairs of the corporation is required to personally attend the hearing at the date and time specified above.

Dated this 20th day of ~~June,~~ July 2016.

Gladys Kessler
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE